UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

STEVEN FODER                                             Docket # 14-3935(MCA)

v.

PORT AUTHORITY TRANS HUDSON CORP.
                                                         Jury Communication # __1__

- Is their an exhibit that can show us where the train was ~~when~~ located when the accident occured.

- Please specify the exhibit number.



DATE: __11/18/16__                TIME: __1:41__

FOREPERSON: _____

The Court can only answer your question by directing you to each exhibit and your recollection of the testimony if any about a particular exhibit.

Judge Arleo

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

STEVEN FODER                                Docket # 14-3935(MCA)

v.

PORT AUTHORITY TRANS HUDSON CORP.

                                            Jury Communication # 2

The jury has come to a unanimous verdict.

DATE: 11/18/16                              TIME: 2:55 PM

FOREPERSON: ___